# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4138

_____

David Mills Becker

*Plaintiff - Appellant*

v.

Dennis Crow; Robert Erlandson; Loyd Krein; Pete Freid; Roughrider Industries; NDSP

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Bismarck

_____

Submitted: August 31, 2017
Filed: September 8, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

David Becker appeals from the order of the District Court[1] granting summary judgment in favor of the remaining defendants in his 42 U.S.C. § 1983 action.

After review, we conclude that summary judgment was proper for the reasons explained by the district court.  See Ebersole v. Novo Nordisk, Inc., 758 F.3d 917, 923 (8th Cir. 2014) (standard of review).  The judgment is affirmed.  See 8th Cir. R. 47B.  Becker's motion for appointment of counsel is denied.

_____

[1]The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota, adopting the report and recommendation of the Honorable Charles S. Miller, United States Magistrate Judge for the District of North Dakota.